# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SHAWN BURKE, | : | No. 37 WM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| KRISTI TRUESDELL, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of December, 2023, the "Application for Extraordinary Jurisdiction and King's Bench Powers" and the Application for Relief are DENIED.

The "Motion to Quash," to the extent it seeks a quashal, is DENIED. To the extent the "Motion to Quash" requests counsel fees, it is DENIED, WITHOUT PREJUDICE to Respondent to seek similar relief in the course of the ongoing litigation with Petitioner.